This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Patricia Grabinski v. Capital Brands Distribution, LLC, Capital Brands, LLC, Nutribullet, LLC

| Case Number | 49D11-2112-CT-042480 |
| --- | --- |
| Court | Marion Superior Court 11 |
| Type | CT - Civil Tort |
| Filed | 12/23/2021 |
| Status | 12/23/2021 , Pending  (active) |

## Parties to the Case

Defendant   Capital Brands Distribution, LLC

<u>Address</u>
c/o CT Corporation System, Registered Agent
28 Liberty Street
New York, NY 10005

<u>Attorney</u>
Scott Bernard Cockrum
*#2084045, Retained*

Lewis Brisbois
2211 Main Street
Suite 3-2A
Highland, IN 46322
219-440-0600(W)

Defendant   Capital Brands, LLC

<u>Address</u>
c/o CT Corporation System, Registered Agent
28 Liberty Street
New York, NY 10005

<u>Attorney</u>
Scott Bernard Cockrum
*#2084045, Retained*

Lewis Brisbois
2211 Main Street
Suite 3-2A
Highland, IN 46322
219-440-0600(W)

Defendant   Nutribullet, LLC

<u>Address</u>
c/o CT Corporation System, Registered Agent
28 Liberty Street
New York, NY 10005

<u>Attorney</u>
Scott Bernard Cockrum
*#2084045, Retained*

Lewis Brisbois
2211 Main Street
Suite 3-2A
Highland, IN 46322
219-440-0600(W)

---

Plaintiff      Grabinski, Patricia

<u>Address</u>
c/o Stephenson Rife LLP
2150 Intelliplex Drive, Suite 200
Shelbyville, IN 46176

<u>Attorney</u>
M. Michael Stephenson
*#182473, Lead, Retained*

STEPHENSON RIFE LLP
2150 Intelliplex Drive
Suite 200
Shelbyville, IN 46176
317-680-2011(W)

<u>Attorney</u>
Jeremy Donald Musgrave
*#3504273, Retained*

STEPHENSON RIFE LLP
2150 INTELLIPLEX DRIVE, Suite 200
Shelbyville, IN 46176
317-680-2011(W)

<u>Attorney</u>
Sean R Roth
*#3083349, Retained*

STEPHENSON RIFE LLP
2150 Intelliplex Drive
Suite 200
Shelbyville, IN 46176
317-680-2011(W)

## Chronological Case Summary

| | |
|---|---|
| 12/23/2021 | **Case Opened as a New Filing** |

| 12/27/2021 | **Appearance Filed** |
|---|---|
| | Appearance |
| | For Party: Grabinski, Patricia |
| | File Stamp: 12/23/2021 |

| 12/27/2021 | **Complaint/Equivalent Pleading Filed** |
|---|---|
| | Complaint for Damages and Request for Jury Trial |
| | Filed By: Grabinski, Patricia |
| | File Stamp: 12/23/2021 |

| 12/27/2021 | **Subpoena/Summons Filed** |
|---|---|
| | Summons to Nutribullet, LLC |
| | Filed By: Grabinski, Patricia |
| | File Stamp: 12/23/2021 |

| 12/27/2021 | **Subpoena/Summons Filed** |
|---|---|
| | Summons to Capital Brands, LLC |
| | Filed By: Grabinski, Patricia |
| | File Stamp: 12/23/2021 |

| 12/27/2021 | **Subpoena/Summons Filed** |
|---|---|
| | Summons to Capital Brands Distribution, LLC |
| | Filed By: Grabinski, Patricia |
| | File Stamp: 12/23/2021 |

| 02/14/2022 | **Certificate of Service - separately filed** |
|---|---|
| | Proof of Service Nutribullet LLC |
| | Filed By: Grabinski, Patricia |
| | File Stamp: 02/14/2022 |

| 02/14/2022 | **Certificate of Service - separately filed** |
|---|---|
| | Proof of Service on Capital Brands Distribution, LLC |
| | Filed By: Grabinski, Patricia |
| | File Stamp: 02/14/2022 |

| 03/22/2022 | **Subpoena/Summons Filed** |
|---|---|
| | Alias Summons - Capital Brands Distribution LLC |
| | Filed By: Grabinski, Patricia |
| | File Stamp: 03/22/2022 |

| 03/22/2022 | **Subpoena/Summons Filed** |
|---|---|
| | Alias Summons Capital Brands LLC |
| | Filed By: Grabinski, Patricia |
| | File Stamp: 03/22/2022 |

| 03/22/2022 | **Subpoena/Summons Filed** |
|---|---|
| | Alias Summons - Nutribullet LLC |
| | Filed By: Grabinski, Patricia |
| | File Stamp: 03/22/2022 |

| 04/14/2022 | **Appearance Filed** |
|---|---|

Appearance of Scott B. Cockrum

| For Party: | Capital Brands Distribution, LLC |
|---|---|
| For Party: | Capital Brands, LLC |
| For Party: | Nutribullet, LLC |
| File Stamp: | 04/13/2022 |

| 04/14/2022 | **Motion for Enlargement of Time Filed** |
|---|---|

Defendants' Motion for Initial Automatic Enlargement of Time

| Filed By: | Capital Brands Distribution, LLC |
|---|---|
| Filed By: | Capital Brands, LLC |
| Filed By: | Nutribullet, LLC |
| File Stamp: | 04/13/2022 |

## Financial Information

**\*** Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Grabinski, Patricia

Plaintiff

### Balance Due (as of 04/28/2022)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 12/27/2021 | Transaction Assessment | 157.00 |
| 12/27/2021 | Electronic Payment | (157.00) |

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Case 1:22-cv-00828-JRS-DML   Document 1-1   Filed 04/28/22   Page 5 of 34 PageID #: 10

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION _____ COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO: _____ |

PATRICIA GRABINSKI,                    )
                                       )
                    Plaintiff,         )
                                       )
        vs.                            )
                                       )
NUTRIBULLET, LLC,                      )
CAPITAL BRANDS, LLC, and               )
CAPITAL BRANDS DISTRIBUTION, LLC,      )
                                       )
                    Defendants.        )

## APPEARANCE

Comes now the firm of STEPHENSON RIFE, LLP, Attorneys at Law, and enters its Appearance

on behalf of the Plaintiff, Patricia Grabinski.

1.      Attorney Information for service as required by Trial Rule 5(B)(2):

        Name:               M. Michael Stephenson
        Attorney Number:    1824-73
        Name:               Sean R. Roth
        Attorney No.:       30833-49
        Name:               Jeremy D. Musgrave
        Attorney No.:       35042-73
        Address:            STEPHENSON RIFE, LLP
                            2150 Intelliplex Drive, Suite 200
                            Shelbyville, IN  46176
        Telephone:          (317) 680-2011
        Facsimile:          (317) 680-2012
        E-mail Addresses:   mikestephenson@srtrial.com
                            seanroth@srtrial.com
                            jeremymusgrave@srtrial.com

        (a)     We certify that the contact information listed on the Indiana Supreme Court Roll of
                Attorneys is current and accurate as of the date of this Appearance;

        (b)     We acknowledge that all orders, opinions, and notices from the Court in this matter
                that are served under Trial Rule 86(G) will be sent to the attorneys at the email
                addresses specified by the attorneys on the Roll of Attorneys regardless of the
                contact information listed above for the attorneys; and

{02069114-1 }

(c)     We understand that we are solely responsible for keeping our Roll of Attorneys contact information current and accurate, see Ind. Admission and Discipline Rule 2 (A).

2.      This is a CT case type as defined in administrative Rule 8(B)(3).

3.      This case involves child support issues.  Yes_____   No__X__

4.      This case involves a protection from abuse order, a workplace violence restraining order or a no-contact order.  Yes_____ No__X__

5.      This case involves a petition for involuntary commitment.  Yes_____ No__X__

6.      There are related cases.  Yes_____ No__X__

7.      This form has been served on all other parties and a Certificate of Service is provided. Yes_____   No _X__

Respectfully submitted,

STEPHENSON RIFE LLP


/s/ M. Michael Stephenson_____
M. Michael Stephenson, Attorney No. 1824-73
Sean R. Roth, Attorney No. 30833-49
Jeremy D. Musgrave, Attorney No. 35042-73
*Counsel for Plaintiff, Patricia Grabinski*


STEPHENSON RIFE LLP
2150 Intelliplex Drive, Suite 200
Shelbyville, Indiana 46176
Telephone: (317) 680-2011
Facsimile:  (317) 680-2012

| STATE OF INDIANA | ) | IN THE MARION _____COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

| | |
|---|---|
| PATRICIA GRABINSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NUTRIBULLET, LLC, | ) |
| CAPITAL BRANDS, LLC, and | ) |
| CAPITAL BRANDS DISTRIBUTION, LLC, | ) |
| | ) |
| Defendants. | ) |

## **COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL**

Comes now the Plaintiff, Patricia Grabinski, by counsel, and for her *Complaint for Damages and Request for Jury Trial* against the Defendants, Nutribullet, LLC, Capital Brands, LLC, and Capital Brands Distribution, LLC, alleges and states as follows:

## I. **PARTIES**

1.      At all times relevant herein, Plaintiff, Patricia Grabinski, was a citizen of Indianapolis, Marion County, Indiana.

2.      At all times relevant herein, Defendant, Nutribullet, LLC ("NutriBullet"), was a California limited liability company with its principal place of business in California. Defendant Nutribullet regularly conducts business in and receives economic benefit from the business it conducts in Indianapolis, Marion County, Indiana. Defendant NutriBullet is and was responsible for the engineering, design, manufacturing, marketing, and sale of the "nutribullet 600-watt personal blender" and its components ("Subject Blender") throughout the United States, including Indiana.

3.      At all times relevant herein, Defendants, Capital Brands, LLC and Capital Brands Distribution, LLC were each a California limited liability company with its principal place of business in California. Defendants Capital Brands, LLC and Capital Brands Distribution, LLC regularly conduct business in and receive economic benefit from the business they conduct in Indianapolis, Marion County, Indiana. Defendant Capital Brands, LLC and Capital Brands Distribution, LLC are and were responsible for the engineering, design, manufacturing, marketing, and sale of the Subject Blender throughout the United States, including Indiana.

## II. **JURISDICTION AND VENUE**

4.      This Court has jurisdiction over the subject matter of this action and over the parties to this lawsuit and the exercise of personal jurisdiction by this Court over the Defendants comports with the traditional notions of fair play and substantial justice.

## III. **FACTS**

5.      At all times relevant herein, Defendants, NutriBullet, LLC, Capital Brands, LLC, and Capital Brands Distribution, LLC (collectively "Defendants") were responsible for developing, engineering, designing, manufacturing, marketing, distributing, and selling the Subject Blender to consumers throughout the United States including Indianapolis, Marion County, Indiana.

6.      At all times relevant herein, the Subject Blender consisted of three components: (1) a powered base unit containing a high-speed motor ("base"); (2) a plastic bullet-shaped canister that holds ingredients to be blended ("canister"); and (3) a plastic lid mounted with metal blades ("blade assembly") which screws into the canister and is energized by the base to blend the contents placed inside the canister by the user (collectively the "Subject Blender").

7.     Once the blade assembly is screwed into the canister, the canister and blade assembly are then inverted by the consumer to be pressed down into the power base and initiating the rapid cycling of the metal blades of the blade assembly to blend the contents inside the canister.

8.     Defendants engineered, designed, and manufactured the Subject Blender so that when the canister and blade assembly are twisted far enough while on the base, the plastic tabs on the canister lock it into place on the base, creating an open electrical circuit allowing the high-speed motor to operate the high-powered blades and which will continue to operate until the consumer manually twists the canister in the opposite direction to disengage the blade assembly.

9.     On or around April 5, 2020, Patricia Grabinski ("Grabinski") was utilizing the Subject Blender in a reasonably foreseeable manner and was following a recipe provided by Defendants to be made explicitly with the Subject Blender while in her home in Indianapolis, Marion County, Indiana, when the contents inside the canister and attached blade assembly exploded as a result of a design and/or manufacturing defect in the Subject Blender ("Subject Incident").

10.    As a direct and proximate result of the Subject Incident, the scalding hot contents inside the Subject Blender exploded out and onto Grabinski, resulting in serious, traumatic and permanent burn/scald injuries to her body.

## COUNT I –
## INDIANA PRODUCT LIABILITY ACT

11.    Grabinski incorporates by reference all preceding paragraphs and allegations of this Complaint as though fully set forth herein.

12.    At all times relevant herein, Defendants were in the business of designing, manufacturing, marketing and selling the Subject Blender to consumers, including Grabinski.

13.     As designers, manufacturers and sellers of the Subject Blender, Defendants are liable to Grabinski for her injuries and damages under Indiana law as:

(a)     Grabinski was harmed by the defective condition of the Subject Blender which caused the hot contents to unexpectantly and without warning explode out of the Subject Blender and causing severe burn injuries to Grabinski ("defective condition");

(b)     The defective condition existed at the time it was distributed or sold by Defendants;

(c)     Grabinski was a foreseeable user or consumer of the Subject Blender;

(d)     Defendants were in the business of selling the Subject Blender; and

(e)     The Subject Blender reached Grabinski in the condition it was sold.

14.     As designed and manufactured, the Subject Blender was in a defective condition because at the time it was sold or otherwise distributed by the Defendants it was in a condition (a) not contemplated by reasonable persons among those considered expected users or consumers of the Subject Blender; and (b) that was unreasonably dangerous to the expected user or consumer when used in reasonably expectable way of handling or consumption.

15.     As labeled, the Subject Blender was defective because Defendants failed to properly package the Subject Blender to give reasonable warnings of danger about the product and Defendants failed to give reasonably complete instructions on the proper use of the Subject Blender when the Defendants, by exercising diligence, could have made such warnings or instructions available to Grabinski.

15.     Defendants are strictly liable to Grabinski for any manufacturing defect which permitted the Subject Blender to be distributed or sold in the defective condition.

16.     Defendants failed to exercise reasonable care under the circumstances in designing the Subject Blender which permitted the Subject Blender to be distributed or sold in the defective condition and are liable for Grabinski's resulting injuries and damages under Indiana law.

17.     Defendants failed to exercise reasonable care under the circumstances in  providing the warning or instructions for the Subject Blender which permitted the Subject Blender to be distributed or sold in a defective condition and are liable for Grabinski's resulting injuries and damages under Indiana law.

18.     As a direct and proximate result of the defective condition of the Subject Blender, Grabinski sustained traumatic and catastrophic damages for which Defendants are liable under Indiana law.

WHEREFORE, Plaintiff, Patricia Grabinski, by counsel, prays for judgment against the Defendants, Nutribullet, LLC, Capital Brands, LLC, and Capital Brands Distribution, LLC in an amount sufficient to compensate her for her injuries and damages, plus the cost of this action, and for all other relief just and proper in the premises.

## JURY DEMAND

Comes now the Plaintiff, Patricia Grabinski, by counsel, and hereby requests trial by jury in this matter.

Respectfully submitted,

STEPHENSON RIFE LLP


/s/ M. Michael Stephenson
M. Michael Stephenson, Atty. No. 1824-73
Sean R. Roth, Atty. No. 30833-49
Jeremy D. Musgrave, Atty. No. 35042-73
*Counsel for Plaintiff, Patricia Grabinski*

{02066060-2 }

STEPHENSON RIFE LLP
2150 Intelliplex Drive, Suite 200
Shelbyville, Indiana 46176
(317) 680-2011 – Telephone
(317) 680-2012 – Facsimile
mikestephenson@srtrial.com
seanroth@srtrial.com
jeremymusgrave@srtrial.com

**SUMMONS**

STATE OF INDIANA          )       IN THE MARION _____ COURT
                          ) SS:
COUNTY OF MARION          )       CAUSE NO: _____

PATRICIA GRABINSKI,                          )
                                             )
                    Plaintiff,               )
                                             )
    vs.                                      )
                                             )
NUTRIBULLET, LLC,                            )
CAPITAL BRANDS, LLC, and                     )
CAPITAL BRANDS DISTRIBUTION, LLC,            )
                                             )
                    Defendants.              )

THE STATE OF INDIANA TO DEFENDANT:       Nutribullet, LLC
                                         c/o CT Corporation System
                                         28 Liberty Street
                                         New York, NY  10005

        You have been sued by the persons named "Plaintiffs", in the court stated above.
        The nature of the suit against you is stated in the complaint which is attached to this summons.  It also states the demand which the plaintiffs have made against you.
        You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiffs have demanded.
        If you have a claim for relief against the plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.
        The following manner of service of summons is hereby designated:

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Date:  _____12/27/2021_____        _Myla A. Eldridge_____
                                   Clerk of Marion County, Indiana
                                   200 East Washington Street, W122
                                   Indianapolis, IN  46204
                                   (317) 327-4740

M. Michael Stephenson, Attorney No. 0824-73
Attorney for Plaintiff
STEPHENSON RIFE LLP
2150 Intelliplex Drive, Suite 200
Shelbyville, IN  46176
Telephone: (317) 680-2011

{02069115-1 }

MARION COUNTY COURTS
SEAL
INDIANA

**CERTIFICATE OF MAILING**

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the Complaint to the defendant by certified mail requesting a return receipt signed by the addressee only addressed to the defendant at the address furnished by the plaintiff.

Date: _____          _____

**RETURN OF SERVICE OF SUMMONS BY MAIL**

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 2021, and that a copy of return receipt was received on the _____ day of _____, 2021, which copy is attached herewith.

Date: _____          _____

**RETURN OF SERVICE OF SUMMONS**

I hereby certify that I have served the within summons:

1.     By delivering on the _____ day of _____, 2021, a copy of this Summons and a copy of the Complaint to the defendant.

2.     By leaving on the _____ day of _____, 2021, for the named defendant a copy of the Complaint at the respective dwelling house or usual place of abode and by mailing a copy of said summons to said defendant at the above address.

All done in _____ County, Indiana.

Fees:   $_____          _____
Mileage: _____          Sheriff of _____ County, Indiana
Total:   $_____          By: _____

**SERVICE ACKNOWLEDGED**

A copy of the within Summons and a copy of the Complaint attached hereto were received by me this _____ day of _____, 2021.

_____
Signature of Defendant

{02069115-1 }                                    2

# SUMMONS

STATE OF INDIANA          )        IN THE MARION _____ COURT
                          ) SS:
COUNTY OF MARION          )        CAUSE NO: _____

PATRICIA GRABINSKI,                        )
                                           )
                    Plaintiff,             )
                                           )
     vs.                                   )
                                           )
NUTRIBULLET, LLC,                          )
CAPITAL BRANDS, LLC, and                   )
CAPITAL BRANDS DISTRIBUTION, LLC,          )
                                           )
                    Defendants.            )

THE STATE OF INDIANA TO DEFENDANT:         Capital Brands, LLC
                                           c/o CT Corporation System
                                           28 Liberty Street
                                           New York, NY  10005

        You have been sued by the persons named "Plaintiffs", in the court stated above.
        The nature of the suit against you is stated in the complaint which is attached to this summons.  It
also states the demand which the plaintiffs have made against you.
        You must answer the complaint in writing, by you or your attorney, within twenty (20) days,
commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this
summons was received by mail), or judgment will be entered against you for what the plaintiffs have
demanded.
        If you have a claim for relief against the plaintiffs arising from the same transaction or occurrence,
you must assert it in your written answer.
        The following manner of service of summons is hereby designated:

### CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Date: _____          _Myla A. Eldridge_____
        12/27/2021

                                            Clerk of Marion County, Indiana
                                            200 East Washington Street, W122
                                            Indianapolis, IN  46204
                                            (317) 327-4740

M. Michael Stephenson, Attorney No. 1824-73
Attorney for Plaintiff
STEPHENSON RIFE LLP
2150 Intelliplex Drive, Suite 200
Shelbyville, IN  46176
Telephone: (317) 680-2011

{02069117-1 }                                        1

## CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the Complaint to the defendant by certified mail requesting a return receipt signed by the addressee only addressed to the defendant at the address furnished by the plaintiff.

Date: _____          _____

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 2021, and that a copy of return receipt was received on the _____ day of _____, 2021, which copy is attached herewith.

Date: _____          _____

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

1.      By delivering on the _____ day of _____, 2021, a copy of this Summons and a copy of the Complaint to the defendant.

2.      By leaving on the _____ day of _____, 2021, for the named defendant a copy of the Complaint at the respective dwelling house or usual place of abode and by mailing a copy of said summons to said defendant at the above address.

All done in _____ County, Indiana.

Fees:   $_____          _____
Mileage: _____          Sheriff of _____ County, Indiana
Total:  $_____          By: _____

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached hereto were received by me this _____ day of _____, 2021.

_____
Signature of Defendant

## SUMMONS

STATE OF INDIANA          )      IN THE MARION _____ COURT
                          ) SS:
COUNTY OF MARION          )      CAUSE NO: _____

PATRICIA GRABINSKI,                          )
                                             )
                    Plaintiff,               )
                                             )
    vs.                                      )
                                             )
NUTRIBULLET, LLC,                            )
CAPITAL BRANDS, LLC, and                     )
CAPITAL BRANDS DISTRIBUTION, LLC,            )
                                             )
                    Defendants.              )

THE STATE OF INDIANA TO DEFENDANT:      Capital Brands Distribution, LLC
                                        c/o CT Corporation System
                                        28 Liberty Street
                                        New York, NY  10005

     You have been sued by the persons named "Plaintiffs", in the court stated above.

     The nature of the suit against you is stated in the complaint which is attached to this summons.  It also states the demand which the plaintiffs have made against you.

     You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiffs have demanded.

     If you have a claim for relief against the plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

     The following manner of service of summons is hereby designated:

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

Date: _____          _Myla A. Eldridge_
     12/27/2021             _____
                                    Clerk of Marion County, Indiana
                                    200 East Washington Street, W122
                                    Indianapolis, IN  46204
                                    (317) 327-4740

M. Michael Stephenson, Attorney No. 1824-73
Attorney for Plaintiff
STEPHENSON RIFE LLP
2150 Intelliplex Drive, Suite 200
Shelbyville, IN  46176
Telephone: (317) 680-2011

MARION COUNTY COURTS
SEAL
INDIANA

{02069118-1 }                                    1

## CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the Complaint to the defendant by certified mail requesting a return receipt signed by the addressee only addressed to the defendant at the address furnished by the plaintiff.

Date: _____                _____

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 2021, and that a copy of return receipt was received on the _____ day of _____, 2021, which copy is attached herewith.

Date: _____                _____

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

1.      By delivering on the _____ day of _____, 2021, a copy of this Summons and a copy of the Complaint to the defendant.

2.      By leaving on the _____ day of _____, 2021, for the named defendant a copy of the Complaint at the respective dwelling house or usual place of abode and by mailing a copy of said summons to said defendant at the above address.

All done in _____ County, Indiana.

Fees:    $_____            _____
Mileage: _____            Sheriff of _____ County, Indiana
Total:   $_____            By: _____

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached hereto were received by me this _____ day of _____, 2021.

_____
Signature of Defendant

{02069118-1 }                              2

Filed: 2/18/2022 10:12 AM
Clerk
Marion County, Indiana

STATE OF INDIANA　　　　)　　　　IN THE MARION SUPERIOR COURT
　　　　　　　　　　　　　) SS:　　CIVIL DIVISION, ROOM NO. 11
COUNTY OF MARION　　　)　　　　CAUSE NO: 49D11-2112-CT-042480


PATRICIA GRABINSKI,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
NUTRIBULLET, LLC,　　　　　　　　　　　)
CAPITAL BRANDS, LLC, and　　　　　　　　)
CAPITAL BRANDS DISTRIBUTION, LLC,　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　　　　)


## PROOF OF SERVICE

On the 28th day of December 2021, I, M. Michael Stephenson, counsel for the Plaintiff,

Patricia Grabinski, mailed file-stamped copies of the Summons and Complaint to the Defendant,

Nutribullet, LLC, at c/o CT Corporation System, 28 Liberty Street, New York, NY  10005, by

certified mail (tracking number 7020-1290-0000-4200-7211).

A copy of the signed return receipt indicating delivery on the 8th day of February 2022 is

attached hereto as Exhibit A.


　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　STEPHENSON RIFE LLP


　　　　　　　　　　　　　　　*/s/ M. Michael Stephenson*
　　　　　　　　　　　　　　　M. Michael Stephenson, Atty. # 1824-73
　　　　　　　　　　　　　　　MikeStephenson@SRTrial.com
　　　　　　　　　　　　　　　*Attorney for Plaintiff,*
　　　　　　　　　　　　　　　*Patricia Grabinski*



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6440 0346 6829 95

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Stephenson Rife LLP
2150 Intelliplex Drive
Suite 200
Shelbyville, IN 46176

MMS/SRR/JDM-Grabinski
Complaint-Summons

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nutribullet, LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

9590 9402 6440 0346 6829 95

2. Article Number *(Transfer from service label)*

7020 1290 0000 4200 7211

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

FEB 0 8 2022

CT CORPORATION

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

STATE OF INDIANA      )         IN THE MARION SUPERIOR COURT
                          ) SS:    CIVIL DIVISION, ROOM NO. 11
COUNTY OF MARION    )         CAUSE NO: 49D11-2112-CT-042480

PATRICIA GRABINSKI,                )
                                  )
             Plaintiff,             )
                                    )
    vs.                               )
                                    )
NUTRIBULLET, LLC,                )
CAPITAL BRANDS, LLC, and       )
CAPITAL BRANDS DISTRIBUTION, LLC,    )
                                    )
            Defendants.        )

## PROOF OF SERVICE

On the 28th day of December 2021, I, M. Michael Stephenson, counsel for the Plaintiff,

Patricia Grabinski, mailed file-stamped copies of the Summons and Complaint to the Defendant,

Capital Brands Distribution, LLC, at c/o CT Corporation System, 28 Liberty Street, New York,

NY 10005, by certified mail (tracking number 7020-1290-0000-4200-7204).

A copy of the signed return receipt indicating delivery on the 8th day of February 2022 is

attached hereto as Exhibit A.

Respectfully submitted,

STEPHENSON RIFE LLP


*/s/ M. Michael Stephenson*
M. Michael Stephenson, Atty. # 1824-73
MikeStephenson@SRTrial.com
*Attorney for Plaintiff,*
*Patricia Grabinski*



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6440 0346 6829 88

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Stephenson Rife LLP
2530 Intelliplex Drive
Suite 200
Shelbyville, IN 46176

mms/SRR/JDM-Grabinski
Complaint Summons

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Capital Brands Distribution, LLC
c/o CT Corporation System
28 Liberty Street
New York, NY 10005

9590 9402 6440 0346 6829 88

2. Article Number *(Transfer from service label)*

7020 1290 0000 4200 7204

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

FEB 0 8 2022

CT CORPORATION

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

STATE OF INDIANA        )        IN THE MARION SUPERIOR COURT
                      ) SS:    CIVIL DIVISION, ROOM NO. 11
COUNTY OF MARION      )        CAUSE NO: 49D11-2112-CT-042480

PATRICIA GRABINSKI,              )
                                    )
             Plaintiff,           )
                                      )
    vs.                               )
                                      )
NUTRIBULLET, LLC,                  )
CAPITAL BRANDS, LLC, and       )
CAPITAL BRANDS DISTRIBUTION, LLC,   )
                                      )
            Defendants.        )

## ALIAS SUMMONS

THE STATE OF INDIANA TO DEFENDANT:      Capital Brands Distribution, LLC
                                                    c/o CT Corporation System
                                                    11601 Wilshire Blvd, 23rd Floor
                                                    Los Angeles, CA 90025

You have been sued by the person(s) named "Plaintiff", in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this summons.  It also states the demand which the Plaintiff has made against you.

You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

The following manner of service of summons is hereby designated:

CERTIFIED MAIL RETURN RECEIPT REQUESTED

3/22/2022

Dated: _____

M. Michael Stephenson
MikeStephenson@srtrial.com
Stephenson Rife LLP
2150 Intelliplex Dr., Suite 200
Shelbyville, IN 46176
Telephone: 317-680-2011
Facsimile: 317-680-2012

Clerk of Marion Superior Court 11
City-County Building, Room T-1221
200 E. Washington Street
Indianapolis, IN 46204

*MARION COUNTY COURTS*

**SEAL**

*INDIANA*

## CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this Summons and a copy of the Complaint to the defendant by certified mail requesting a return receipt signed by the addressee only addressed to the defendant at the address furnished by the plaintiff.

Dated: _____          _____

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 2022, and that a copy of return receipt was received on the _____ day of _____, 2022 which copy is attached herewith.

Dated: _____          _____

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

1.      By delivering on the _____ day of _____, 20___, a copy of this Summons and a copy of the Complaint to the defendant.

2.      By leaving on the _____ day of _____, 20___, for the named defendant a copy of the Complaint at the respective dwelling house or usual place of abode and by mailing a copy of said summons to said defendant at the above address.

All done in _____ County, Indiana.

Fees:   $_____          _____
Mileage: _____          Sheriff of _____ County, Indiana
Total:  $_____          By: _____

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached hereto were received by me this _____ day of _____, 20___.

Dated: _____          _____
                                     Signature of Defendant

Filed: 3/22/2022 2:11 PM
Clerk
Marion County, Indiana

STATE OF INDIANA )          IN THE MARION SUPERIOR COURT
                 ) SS:      CIVIL DIVISION, ROOM NO. 11
COUNTY OF MARION )          CAUSE NO: 49D11-2112-CT-042480

PATRICIA GRABINSKI,                    )
                                       )
                    Plaintiff,         )
                                       )
        vs.                            )
                                       )
NUTRIBULLET, LLC,                      )
CAPITAL BRANDS, LLC, and               )
CAPITAL BRANDS DISTRIBUTION, LLC,      )
                                       )
                    Defendants.        )

## ALIAS SUMMONS

THE STATE OF INDIANA TO DEFENDANT:          Capital Brands, LLC
                                            c/o CT Corporation System
                                            11601 Wilshire Blvd, 23rd Floor
                                            Los Angeles, CA 90025

You have been sued by the person(s) named "Plaintiff", in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this summons.  It also states the demand which the Plaintiff has made against you.

You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

The following manner of service of summons is hereby designated:

CERTIFIED MAIL RETURN RECEIPT REQUESTED

Dated: _____3/22/2022_____                    _____
                                                  Clerk of Marion Superior Court 11
                                                  City-County Building, Room T-1221
M. Michael Stephenson                             200 E. Washington Street
MikeStephenson@srtrial.com                        Indianapolis, IN 46204
Stephenson Rife LLP
2150 Intelliplex Dr., Suite 200
Shelbyville, IN  46176
Telephone: 317-680-2011
Facsimile: 317-680-2012

*[SEAL: MARION COUNTY COURTS INDIANA]*

## CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this Summons and a copy of the Complaint to the defendant by certified mail requesting a return receipt signed by the addressee only addressed to the defendant at the address furnished by the plaintiff.

Dated: _____    _____

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 2022, and that a copy of return receipt was received on the _____ day of _____, 2022 which copy is attached herewith.

Dated: _____    _____

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

1.      By delivering on the _____ day of _____, 20___, a copy of this Summons and a copy of the Complaint to the defendant.

2.      By leaving on the _____ day of _____, 20___, for the named defendant a copy of the Complaint at the respective dwelling house or usual place of abode and by mailing a copy of said summons to said defendant at the above address.

All done in _____ County, Indiana.

Fees:   $_____    _____
Mileage: _____    Sheriff of _____ County, Indiana
Total:  $_____    By: _____

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached hereto were received by me this _____ day of _____, 20___.

Dated: _____    _____
                                          Signature of Defendant

STATE OF INDIANA     )       IN THE MARION SUPERIOR COURT
                        ) SS:   CIVIL DIVISION, ROOM NO. 11
COUNTY OF MARION    )       CAUSE NO: 49D11-2112-CT-042480

PATRICIA GRABINSKI,          )
                                 )
              Plaintiff,       )
                                 )
   vs.                           )
                                 )
NUTRIBULLET, LLC,          )
CAPITAL BRANDS, LLC, and    )
CAPITAL BRANDS DISTRIBUTION, LLC,  )
                               )
            Defendants.    )

## ALIAS SUMMONS

THE STATE OF INDIANA TO DEFENDANT:    Nutribullet, LLC
                                            c/o CT Corporation System
                                          11601 Wilshire Blvd, 23rd Floor
                                          Los Angeles, CA 90025

You have been sued by the person(s) named "Plaintiff", in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this summons.  It also states the demand which the Plaintiff has made against you.

You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

The following manner of service of summons is hereby designated:

CERTIFIED MAIL RETURN RECEIPT REQUESTED

*3/22/2022*

Dated: _____

M. Michael Stephenson
MikeStephenson@srtrial.com
Stephenson Rife LLP
2150 Intelliplex Dr., Suite 200
Shelbyville, IN  46176
Telephone: 317-680-2011
Facsimile: 317-680-2012

*Myla A. Eldridge*

Clerk of Marion Superior Court 11
City-County Building, Room T-1221
200 E. Washington Street
Indianapolis, IN 46204

## CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this Summons and a copy of the Complaint to the defendant by certified mail requesting a return receipt signed by the addressee only addressed to the defendant at the address furnished by the plaintiff.

Dated: _____        _____

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that service of summons with return receipt requested was mailed on the _____ day of _____, 2022, and that a copy of return receipt was received on the _____ day of _____, 2022 which copy is attached herewith.

Dated: _____        _____

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

1.      By delivering on the _____ day of _____, 20____, a copy of this Summons and a copy of the Complaint to the defendant.

2.      By leaving on the _____ day of _____, 20____, for the named defendant a copy of the Complaint at the respective dwelling house or usual place of abode and by mailing a copy of said summons to said defendant at the above address.

All done in _____ County, Indiana.

Fees:   $_____        _____
Mileage: _____        Sheriff of _____ County, Indiana
Total:  $_____        By: _____

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached hereto were received by me this _____ day of _____, 20____.

Dated: _____        _____
                                         Signature of Defendant

| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | )SS: | |
| COUNTY OF MARION | ) | |

| PATRICIA GRABINSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  49D11-2112-CT-042480 |
| | ) | |
| NUTRIBULLET, LLC, | ) | |
| CAPITAL BRANDS, LLC, and | ) | |
| CAPITAL BRANDS DISTRIBUTION, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:  Initiating ☐  Responding ☒  Intervening ☐

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): **NUTRIBULLET, LLC, CAPITAL BRANDS, LLC and CAPITAL BRANDS DISTRIBUTION, LLC**

2.    Applicable attorney information for service as required by Trial Rule 5(B) (2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

    Name:    Scott B. Cockrum          Atty No.     20840-45
    Address:  Lewis Brisbois Bisgaard & Smith LLP     Phone:     219.440.0600/D: 219.440.0602
              2211 Main Street, Suite 3-2A          FAX:      219.440.0601
              Highland, IN 46322                 E-mail:     Scott.Cockrum@lewisbrisbois.com

    [List on continuation page the additional attorneys appearing for above party member(s)]

3.    There are other party members: Yes ☐ No ☒ (If yes, list on continuation page.)  All Parties listed above.

4.    If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b) (3):

5.    I will accept service by FAX at the above noted number: Yes ☐  No ☒.

6.    This case involves support issues.  Yes ☐ No ☒ (If yes, supply social security numbers for all family members on continuation page.)

7.    There are related cases: Yes ☐ No ☒ (If yes, list on continuation page.)

8.    This form has been served on all other parties.  Certificate of Service is attached: Yes ☒ No ☐

9.    Additional information required by local rule: _____

*/s/ Scott B. Cockrum*
Attorney-at-Law
Attorney information shown above

4882-2449-9739.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 13th day of April, 2022, a copy of the foregoing document was filed electronically via Efile.incourts.gov. Notice of this filing will be sent to all Counsel of Record via the Court's electronic filing system.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  s/ Scott B. Cockrum
     Scott B. Cockrum

4882-2449-9739.1

Filed: 4/13/2022 4:46 PM
Clerk
Marion County, Indiana

STATE OF INDIANA          )          IN THE MARION SUPERIOR COURT
                          )SS:
COUNTY OF MARION          )

PATRICIA GRABINSKI,                    )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )     Cause No.  49D11-2112-CT-042480
                                       )
NUTRIBULLET, LLC,                      )
CAPITAL BRANDS, LLC, and               )
CAPITAL BRANDS DISTRIBUTION, LLC,      )
                                       )
        Defendants.                    )

## DEFENDANTS' MOTION FOR INITIAL AUTOMATIC ENLARGEMENT OF TIME

NOW COME Defendants, NUTRIBULLET, LLC, CAPITAL BRANDS, LLC, and CAPITAL BRANDS DISTRIBUTION, LLC, by counsel, Scott B. Cockrum of Lewis Brisbois Bisgaard & Smith LLP, and pursuant to T.R. 6(B)(1) and LR49-TR5 Rule 203(D) file their motion for initial automatic enlargement of time in which to respond to Plaintiff's Complaint for Damages.  In support of said motion, Defendants state as follows:

1.      Plaintiff filed her Complaint for Damages on December 23, 2021.  Service was recently attempted on the Complaint.

2.      Defendants' response to the Plaintiff's Complaint for Damages is currently due on April 22, 2022.

3.      Defense counsel was recently retained and needs time to collect information necessary to properly respond to Plaintiffs' Complaint for Damages.

4.      Pursuant to T.R. 6(B)(1) and LR49-TR5 Rule 203(D), the time by which Defendant must respond to the Plaintiff's Complaint for Damages is hereby extended to and including May 23, 2022.

5.      Further, pursuant to the aforesaid rules, no order is required for the requested automatic extension.

4877-5473-7691.1

WHEREFORE, Defendants, NUTRIBULLET, LLC, CAPITAL BRANDS, LLC, and CAPITAL BRANDS DISTRIBUTION, LLC, pray that this Honorable Court grant them up to and including May 23, 2022, to respond to Plaintiff's Complaint for Damages and for all other just and proper relief.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   /s/ Scott B. Cockrum
Scott B. Cockrum (20840-45)
2211 Main Street, Suite 3-2A
Highland, IN 46322
T:219-440-0602/F: 219.440.0601
Scott.Cockrum@lewisbrisbois.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 13th day of April, 2022, a copy of the foregoing document was filed electronically via Efile.incourts.gov.  Notice of this filing will be sent to all Counsel of Record via the Court's electronic filing system.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   s/ Scott B. Cockrum
_____
Scott B. Cockrum